

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00074-CR

Deundra Michelle **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 277th Judicial District Court, Williamson County, Texas
Trial Court No. 10-916-K277
Honorable Ken Anderson, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, counsel's motion to withdraw is GRANTED and the judgment of the trial court is AFFIRMED.

SIGNED October 16, 2013.

_____
Rebecca Martinez, Justice